**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Mark Michael Richardson v. The State of Texas

Appellate case number:   01-18-00945-CR

Trial court case number: 1557527

Trial court:             351st District Court of Harris County

This Court abated this appeal and remanded to the trial court to reconsider its certification of the defendant's right to appeal. A supplemental clerk's record has been filed containing a certification indicating that this is not a plea-bargain case and the defendant has the right to appeal.

Accordingly, we **reinstate** the appeal on the active docket.

On January 22, 2019, appellant filed a motion to appoint counsel. The supplemental clerk's record filed on January 22 reveals that the trial court appointed attorney Scott C. Pope. Thus, we **dismiss as moot** appellant's motion to appoint counsel

Appellant's brief is due **within 30 days of the date of this order**.

It is so ORDERED.

Judge's signature: ____/s/ Peter Kelly_____
               ☒    Acting individually   ☐  Acting for the Court

Date: ___January 29, 2019____